# H.L. CROMARTIE III, P.C.
### Attorneys at Law

| | | |
|---|---|---|
| H.L. (Rick) Cromartie, III<br>rick@hlcromartielaw.com | 401 Broad Street, Suite 300<br>Rome, Georgia 30161-1702 | Matthew W. Hurst<br>matt@hlcromartielaw.com |
| Dustin C. Banks<br>dustin@hlcromartielaw.com | P.O. Box 1897<br>Rome, Georgia 30162-1897 | Robert Christian Rutledge<br>robert@hlcromartielaw.com |

T: 706-802-0251   F: 706-802-0252

July 23, 2020

**Via Certified Mail # 7018 3090 0000 0660 1272**
**Return Receipt Requested**
Mr. Justin Mills, Case Manager II
Claims Management, Inc.
P.O. Box 14731
Lexington, KY 40512-4731

Re:   My Client:        Wanda Elaine Goolsby
      Your Insured:     Sam's Club #6509
      Date of Loss:     9/21/2019
      Claim No.:        8952686

## SUPPLEMENT TO DEMAND LETTER

Dear Mr. Mills:

We have recently been informed by Ms. Goolsby that she has unexpectedly continued to experience medical complications, pain, and suffering caused by the negligent Sam's Club employee discussed in the original demand.

As explained in our original demand letter: "On December 23, 2019, Ms. Goolsby attended her final follow-up appointment at Harbin Clinic Orthopaedics with Dr. Piller. He examined her knee and observed well-healed incisions and a greatly increased range of motion. He instructed Ms. Goolsby to continue her home exercise program and to avoid squatting, kneeling, crawling, or twisting. He anticipated continuing improvement over the next six weeks."

Ms. Goolsby followed Dr. Piller's recommended home exercise program. Despite that fact, Ms. Goolsby began experiencing renewed pain and difficulties in her knee. According to new medical records from Dr. Piller, she began to experience the pain and difficulties approximately 3 months after her partial meniscectomy and chondroplasty without any new injury.

07/29/2020

Specifically, on May 6, 2020, Ms. Goolsby returned to Harbin Orthopedics because the pain in her left knee had begun to increase in late March. She had not reinjured her knee. Dr. Piller conducted a physical examination and observed a valgus alignment in her left knee.[1] He also observed moderate atrophy of her left quadriceps and hamstrings, and pain over her patellofemoral joint with mild crepitation. Dr. Piller suspected that her left knee was progressively becoming more mal-aligned toward the valgus side. He ordered an MRI to make sure she had not suffered a stress fracture.

Dr. Matthew McClain performed the MRI for Dr. Piller on May 8, 2020. Dr. McClain observed a horizontal tear of the medial meniscal body that extended to the posterior horn.[2] The tear passed from the free edge (inner edge) to the periphery (outer edge) of the meniscus. He also observed mild osteoarthritis associated with the meniscectomy and what was likely a super surface tear on the lateral meniscal body with an associated cyst. Dr. McClain was particularly worried about marrow edema[3] of the vizualized fibular diametaphysis[4] which can be associated with trauma like Ms. Goolsby's knee had experienced. The femur, tibia, and patella did not exhibit similar edema.

On May 13, 2020, Ms. Goolsby returned to Dr. Piller. Dr. Piller had reviewed the MRI and made note of the bone marrow edema and other abnormalities in Ms. Goolsby's fibula that were not reported in the first MRI. He diagnosed progressive chondrosis[5] of Ms. Goolsby's lateral femoral condyle[6] and a persistent lateral meniscus tear after her partial meniscectomy. After discussing his findings with Ms. Goolsby, Dr. Piller administered a steroid injection, consisting of four cubic centimeters of Marcaine with epinephrine and two cubic centimeters of Deo-Medrol corticosteroid, into Ms. Goolsby's left knee. Dr. Piller also discussed with Ms. Goolsby the option of getting an unloader brace, and he gave her aftercare instructions about icing and elevating her knee.

Ms. Goolsby felt some relief from the knee pain but was told to return to Dr. Piller for future injections as needed. Ms. Goolsby is still suffering from the injuries

---

[1] In colloquial terms, a "knock-kneed" alignment.

[2] Part of the meniscus on the posterior side of the knee.

[3] Swelling of the bone marrow.

[4] Growth plate at the end of the fibula near the knee joint.

[5] Deterioration of cartilage.

[6] Rounded end of the femur at knee on the outside of the joint.

caused by the negligent employee of Sam's Club and will continue to suffer into the foreseeable future.

## UPDATED COMPENSABLE DAMAGES

It is well settled that in cases such as this, where liability is clear, the injured party is entitled to recover all general and special damages that "flow" from the negligent act including, but not limited to, the cost of medical services, compensation for pain and suffering, and compensation for loss of enjoyment of life.

**Trauma of the Fall:** As explained in her original demand, Ms. Goolsby suffered injuries caused by the negligence of a Sam's Club employee. The falling loveseat caused serious injury to her face, mouth, left elbow, and left knee, the last of which required surgery. We believe the shock of the trauma, alone, has a settlement value of a least $30,000.00.

**Updated Medical Expenses:** To date, with the additional treatment she received after the first demand, Ms. Goolsby has incurred over $45,000.00 in medical expenses as summarized on the table below. An itemization and the corresponding bills are enclosed for your review. Updated medical bills are enclosed with this supplement to the original demand.

| Medical Providers | |
|---|---|
| Floyd Medical Center | $36,854.25 |
| Etowah Emergency Physicians | $1,400.00 |
| Harbin Clinic | $5,860.00 |
| Rome Radiology Group | $962.00 |
| | |
| Total: | $45,076.25 |

**Updated Pain and Suffering:** Ms. Goolsby's injuries have required continuing medical care from September 21, 2019, through July 21, 2020, including an orthopedic surgery. We believe that Ms. Goolsby should be compensated $50,000.00 for having to undergo the surgery.

In addition to compensation for the surgical procedure, we believe $50.00 per waking hour is the minimum compensation Ms. Goolsby should receive for this period of continuing medical care for a total of $240,000.00 ($50.00 per hour x 16 hours per day x 300 days).

Mr. Justin Mills
Claims Management, Inc.
July 23, 2020
Page 4 of 4

Based on Mr. Goolsby's most recent appointments with Dr. Piller, it is evident that she will continue to suffer from the injury caused by Sam's Club for the rest of her life and likely endure more procedures on her knee. According to the National Vital Statistics Report, Ms. Goolsby is expected to live 18.2 more years. We will ask a jury to compensate Ms. Goolsby a minimum of $100.00 per day for this period of time for a total of approximately $665,000.00 ($100.00 per day x 6,643 days).

## CONCLUSION

The above figures total approximately $1,000,000.00 ($30,000.00 trauma of the event + $45,000.00 medical expenses + $50,000.00 for undergoing surgery + $240,000.00 past pain and suffering + $665,000.00 future pain and suffering). This total is significantly greater than the total in our original demand due to the discovery that Ms. Goolby's injuries are more serious than initially thought and her pain has not been alleviated by the surgical procedure. We hereby make an updated initial settlement demand of $800,000.00.

If we are able to arrive at a settlement figure, the settlement check should be made payable to "Wanda Elaine Goolsby and H.L. Cromartie, III, her attorney." A W-9 form is attached for your file.

I look forward to receiving your response. Thank you.

Yours very truly,

H.L. Cromartie, III

HLC/rcr
Enclosures

07/29/2020